IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, )
)
) Case No: 8:08CR388
Plaintiff, )
v. ) **ORDER**
)
DEJAY MONSON, )
)
Defendant.

REQUEST FOR APPOINTMENT
OF COUNSEL FOR WITNESS:

**Carvin Glen Housh, Jr.**

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named person in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named person is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that **Kevin A. Ryan** is appointed as attorney of record for the above-named witness in this matter.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Mr. Ryan.

DATED this 17th day of November, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge