IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
                   Plaintiff,    )        Case No. 8:08CR388
                                 )
        v.                       )
                                 )        **REPORT AND RECOMMENDATION**
DEJAY MONSON,                    )        **AND ORDER**
                                 )
                   Defendant.    )

At the conclusion of the hearing on November 30, 2009, on defendant's Motion to Suppress (#64), I stated my conclusions on the record and my decision to recommend that the motion to suppress be granted as to *Franks* issues.  In accordance with that announcement,

**IT IS RECOMMENDED** to the Honorable Laurie Smith Camp, United States District Judge, that the Motion to Suppress (#64) be granted as to the *Franks* issues.

**FURTHER, IT IS ORDERED:**

1.      The clerk shall cause a transcript of the hearing to be prepared and filed.

2.      Pursuant to NECrimR 57.3, any objection to this Report and Recommendation shall be filed with the Clerk of the Court within fourteen (14) days after the unredacted transcript is available to counsel.  Failure to timely object may constitute a waiver of any such objection.  The brief in support of any objection shall be filed at the time of filing such objection.  Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 30th day of November 2009.

BY THE COURT:


S/ F.A. Gossett
United States Magistrate Judge